**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00234-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARMANDO PAZ-ROJAS,

    Defendant.
_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on July 3, 2013 (Docket No. 13). A Change of Plea Hearing is set for **July 30, 2013, at 1:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **August 1, 2013 at 10:00 a.m.**, and the **four-day** jury trial scheduled for **August 12, 2013, at 9:00 a.m.** are VACATED.

DATED: July 15, 2013.

                                BY THE COURT:

                                _____
                                RAYMOND P. MOORE
                                United States District Judge